UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Roberto ZELEDON PAZ,<br><br>                          Petitioner,<br><br>v.<br><br>WARDEN, et al.,<br><br>                          Respondents. | Case No.: 26-cv-1104-AGS-MMP<br><br>**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING BOND HEARING** |

    Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. Respondents recently acknowledged that petitioner is "entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (ECF 3, at 1.) The Court agrees. Accordingly, the habeas petition is **GRANTED**.

    Respondents must provide petitioner with a bond hearing before an immigration judge by **March 12, 2026**.

Dated:  February 26, 2026

_____
Hon. Andrew G. Schopler
United States District Judge